IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:24-PO-21 (GLF) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **VIKRAM,** | ) | Violation:   8 U.S.C. § 1325 |
| | ) | [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   St. Lawrence |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about January 24, 2024, in St. Lawrence County in the Northern District of New York, the defendant, **VIKRAM**, an alien, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: February 12, 2024

CARLA B. FREEDMAN
United States Attorney

By:   */s/ Carling M. Dunham*
Carling M. Dunham
Assistant United States Attorney
Bar Roll No. 703858