IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Vikram

Case No.   8:24-PO-21 (GLF)

## CONSENT TO APPEARANCE BY VIDEO TELECONFERENCE

Defendant, hereby acknowledges that, after consulting with counsel concerning the right to be physically present in court for certain proceeding in this case, pursuant to the Federal Rules of Criminal Procedure, he/she waives any right he/she may have to be present in court for the initial appearance, arraignment, detention hearing, pretrial motions, plea, and sentencing,[1] and consents to participating in those proceedings by way of a video teleconference.

Dated: 01-31-2024

_Vikram_
Defendant

Dated: 2/1/24

_[signature]_
Counsel for Defendant

---

[1] The defendant may strike out any proceedings as to which he/she did not consent to appear by video teleconference.